# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 14, 2010

Lyle W. Cayce
Clerk

No. 08-10809
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

EDD C DOUGLAS,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:92-CR-141-1

Before  KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM:[*]

Edd C. Douglas, federal prisoner # 23799-077, appeals the district court's denial of his motions pursuant to 18 U.S.C. § 3582(c)(2) for a reduction of his sentence for drug trafficking conspiracy, possession with intent to manufacture and distribute cocaine, money laundering, possession with intent to manufacture and distribute cocaine base, possession with intent to distribute and distribution of cocaine base, maintaining a place to manufacture and distribute a controlled substance, and being a felon in possession of a firearm.  However, Douglas died

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 08-10809

during the pendency of this appeal.  Accordingly, his appeal is dismissed as moot.

DISMISSED.